UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-23412-CIV-GAYLES/TURNOFF

SHARON DANIELS
o/b/o A.J., a minor,

    Plaintiff,
vs.

CAROLYN COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Report and Recommendation ("Report") [ECF No. 26] of Magistrate Judge Patrick Hunt, filed on August 7, 2014. On September 20, 2013, Plaintiff, Sharon Daniels on behalf of her minor child A.J. ("Plaintiff"), filed a complaint seeking review of a decision denying his application for Supplemental Security Income under the Social Security Act. (*See* Compl. [ECF No. 1]). The Court referred the Complaint to Magistrate Judge Hunt. Plaintiff subsequently filed a Motion for Summary Judgment, seeking remand of his case to the Commissioner. (*See* Pl.'s Mot. [ECF No. 20]). Defendant, Carolyn Colvin ("Defendant"), also moved for summary judgment, asking the Court to affirm the decision of the Commissioner of Social Security. (*See* Def.'s Mot. [ECF No. 22]).

In his Report, Judge Hunt recommends that Plaintiff's Motion be denied and summary judgment be granted to Defendant. Plaintiff timely filed objections to the Report. The Court has carefully reviewed the Report, Plaintiff's objections, the parties' written submissions and applicable law, and has conducted a *de novo* review of the record.

Judge Hunt carefully considered each of the issues raised by Plaintiff to contest the decision of the Administrative Law Judge ("ALJ"). Correctly identifying and applying the appropriate standard of law to evaluate the factual findings of the ALJ, Judge Hunt concluded that the record contains substantial evidence to support the ALJ's decision.

Plaintiff contends the ALJ erred in discounting Dr. Bradford's opinion.[1] The Court disagrees. Despite Dr. Bradford's findings, there was substantial evidence to establish that Plaintiff had improved since he began treatment and did not have marked limitations in the six functional equivalence domains. For these reasons, the undersigned fully agrees with the analysis and recommendations stated in Judge Hunt's report. Accordingly, it is

**ORDERED AND ADJUDGED** that

1. The Report and Recommendation **[ECF No. 26]** is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Summary Judgment **[ECF No. 22]** is **DENIED**.

3. Defendant's Motion for Summary Judgment **[ECF No. 23]** is **GRANTED**.

4. The ruling of the Commissioner is **AFFIRMED**.

5. The **CLERK** is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of September, 2014.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

1 The Court notes that many of Plaintiff's objections to the ALJ's findings and conclusions constitute inappropriate personal attacks on the ALJ. Plaintiff's counsel is hereby reminded that zealous advocacy must always be tempered with appropriate decorum. Subsequent violations may result in sanctions.